# Court of Appeals
# of the State of Georgia

ATLANTA,__August 13, 2024_____

*The Court of Appeals hereby passes the following order:*

**A25E0007.  JHON LEIGH PROPERTIES, INC. v. DAVIS.**

Jhon Leigh Properties, Inc., has filed this emergency motion for an extension of time to file an application for discretionary review pursuant to Court of Appeals Rule 40 (b). Having reviewed the motion, we hereby GRANT an extension until August 13, 2024, in which to file an application for discretionary review.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__08/13/2024_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*